UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| EDICSON S JIMENEZ REYES, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SAMUEL OLSON, ) <br> BRISON SWEARINGEN, ) <br> TODD M. LYONS, ) <br> KRISTI NOEM, ) <br> PAMELA BONDI Attorney General of the United ) <br> States, ) <br> ) <br> Respondents. ) | No. 2:25-cv-00622-JRS-MG |

**Order to Show Cause**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1. The respondents are **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This material has been scanned into the Court's electronic docket. A copy of this Order to Show Cause, the petition, and exhibits shall be **distributed electronically to** the United States Attorney.

2. The **clerk is directed** to issue process **by mail** to the Clay County Respondents. Process will consist of the petition (dkt. [1]), exhibits (dkts. [1-1 through 1-6]), summons, and this order.

3. The respondents will have **through December 18, 2025**, to answer the allegations of the habeas petition and **show cause** why the relief sought by the petitioner should not be granted. The petitioner will have **four days after service of the answer** to reply.

4. Counsel for all parties will have **through December 15, 2025**, to file a joint certification that they have met and conferred and determined that this matter cannot, at present, be resolved without judicial intervention.

5. Respondents shall not transfer Petitioner outside the jurisdiction of the United States or transfer him to any federal judicial district other than those in the States of Illinois, Indiana, or Wisconsin during the pendency of this habeas petition. *A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025) (citing 28 U.S.C. § 1651(a) ("[T]he Government represented on the record in federal court that it reserved the right to remove detainees after midnight. We had the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve our jurisdiction over the matter."); *United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) ("The District Court had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief.").

**IT IS SO ORDERED.**

Date: 12/11/2025

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Afshan Jabeen Khan
Law Office of Afshan J Khan
ajkhanesq@gmail.com

Sheriff Brison Swearingen
Clay County Detention Center
Clay County Sheriff's Department
611 E. Jackson St.
Brazil, IN 47834

Samuel Olson
Field Office Director
U.S. Immigration and Customs Enforcement
101 W Ida B Wells Drive Suite
4000 Chicago, IL 60605

Todd M. Lyons
Acting Director
U.S. Immigration & Customs Enforcement
500 12th Street SW
Washington, D.C. 20536

Kristi Noem
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Courtesy copies (by electronic mail):

    Shelese Woods, Assistant U.S. Attorney (shelese.woods@usdoj.gov)

    Liberty L. Roberts, Church Church Hittle & Antrim, (lroberts@cchalaw.com)