UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

EDICSON S JIMENEZ REYES,           )
                                   )
            Petitioner,            )
                                   )
      v.                           )      No. 2:25-cv-00622-JRS-MG
                                   )
SAMUEL OLSON,                      )
BRISON SWEARINGEN,                 )
TODD M. LYONS,                     )
KRISTI NOEM,                       )
PAMELA BONDI Attorney General of the United   )
States,                            )
                                   )
            Respondents.           )

## AMENDED FINAL JUDGMENT

The court has granted the petition for a writ of habeas corpus. By January 6, 2026,

Respondents must either: (1) provide Petitioner with an individualized bond hearing before an

Immigration Judge pursuant to 8 U.S.C. § 1226(a); or (2) release Petitioner from custody, under

reasonable conditions of supervision. The court now enters **FINAL JUDGMENT**.


Date: 1/21/2026

                                   JAMES R. SWEENEY II, CHIEF JUDGE
                                   United States District Court
                                   Southern District of Indiana

Kristine L. Seufert, Clerk


BY: _Samantha Burmester_
        Deputy Clerk, U.S. District Court

1

Distribution:

Rachel Dever
Church Church Hittle and Antrim
rdever@cchalaw.com

Afshan Jabeen Khan
Law Office of Afshan J Khan
ajkhanesq@gmail.com

Liberty L. Roberts
CHURCH CHURCH HITTLE & ANTRIM (Noblesville)
lroberts@cchalaw.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov